UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Conservation Law Foundation, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Cooke Aquaculture USA, Inc.<br><br>    Defendant. | Case No. 1:25-cv-00013-KFW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Upon motion of counsel for Defendant, Cooke Aquaculture USA, Inc. ("Cooke"), with the consent and agreement of counsel for Plaintiff, Conservation Law Foundation, Inc. ("CLF"),

IT IS HEREBY ORDERED THAT, the briefing schedule and attendant briefing standards for this case shall be as follows:

1. No later than September 15, 2025, Defendant shall file its responsive pleading which may be a Motion to Dismiss.

2. Defendant's brief in support of its motion shall not exceed fifty (50) pages.

3. Plaintiff, Conservation Law Foundation, Inc. shall file its opposition memorandum by no later than October 27, 2025.

4. Plaintiff's opposition memorandum shall not exceed fifty (50) pages.

5. Defendant's reply brief shall be filed no later than November 17, 2025.

6. Defendant's reply brief shall not exceed twenty (20) pages.

7. If Plaintiff wishes to file a sur-reply brief, it shall first seek the approval of this Court.

8. If Plaintiff seeks to file a sur-reply brief, Defendant shall not object.

9. If this Court approves Plaintiff's request for a sur-reply brief, unless otherwise

directed by this Court, Plaintiff shall file its sur-reply brief be no later than December 8, 2025.

      10.     If Plaintiff submits a sur-reply brief, it shall not exceed twenty (20) pages.

Dated this eighth day of September, 2025.

_____
Judge's Signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title